| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>EASTERN DISTRICT OF NEW YORK<br>--------------------------------------------------------X<br>In re:<br><br>THOMAS FURNARI<br><br><br>                    Debtor(s)<br>--------------------------------------------------------X | *Return Date:  February 20, 2020*<br>*Time:  9:30 a.m.*<br><br><br>Chapter 13<br>Case No.: 19-78474-736<br><br><br><br>**NOTICE OF MOTION** |

SIRS / MADAMS:

**PLEASE TAKE NOTICE**, that MICHAEL J. MACCO, Chapter 13 Trustee of the above captioned estate, will move before the Honorable Robert E. Grossman, United States Bankruptcy Judge, on the 20TH day of FEBRRUARY, 2020, at the United States Bankruptcy Court located at 290 Federal Plaza – Courtroom 860, Central Islip, New York 11722, for an Order pursuant to 11 U.S.C. §§ 521 & 1307(c), dismissing this case by reason of the debtor(s)' failure to submit monthly pre-confirmation payments, failure to provide and/or file documents, failure to appear and/or be examined at §341 meeting of creditors,  and for such other and further relief as this Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE**, that answering papers, if any, shall be filed with the Court and served on the undersigned no later than SEVEN (7) days prior to the return date of this motion.

Dated:  Islandia, New York
            January 21, 2020

                                                                    Yours, etc.

                                                                    MICHAEL J. MACCO
                                                                    Chapter 13 Trustee
                                                                    2950 Express Drive South, Suite 109
                                                                    Islandia, NY   11749
                                                                    (631) 549-7900


To:     *Office of the United States Trustee*
          *THOMAS FURNARI, Debtor(s)*
          *JEFFREY ARLEN SPINNER, ESQ., Attorney for Debtor(s)*
          *All Interested Parties and Creditors*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X    **tmm1634**
In re:

                                                       Chapter 13
                                                      Case No.: 19-78474-736

THOMAS FURNARI

                        Debtor(s)                                **APPLICATION**
---------------------------------------------------------X
TO THE HONORABLE ROBERT E. GROSSMAN, UNITED STATES BANKRUPTCY JUDGE:

        MICHAEL J. MACCO, Chapter 13 Trustee of the above captioned estate, respectfully represents, as follows:

        1.  The debtor(s) filed a petition under the provisions of 11 U.S.C. Chapter 13 on December 13, 2020, and thereafter MICHAEL J. MACCO was duly appointed and has qualified as Trustee.

        2.  As of the date of this motion, the debtor(s) has failed to submit any monthly pre-confirmation payments to the Trustee.

        3.  In addition, as of this date the debtor(s) has failed to file and/or provide paystubs for recent pay period including the sixty (60) days prior to filing; Personal State and Federal Tax Returns for 2018 and 2019; Written appraisal for property; Affidavit of Contribution from spouse totaling $1,600.00.

        4.  Furthermore, as of this date the debtor has failed to provide the Trustee with all filings required under Section 521; and all mandatory disclosure documentation as set forth in Local Bankruptcy Rule 2003-1.

        5.  Moreover, the debtor failed to appear at the initial §341 meeting of creditors, held on January 15, 2020 at 11:00 a.m.

        6.  This is a material default and is prejudicial to the rights of the creditors of the debtor.

        **WHEREFORE**, the Trustee requests for an Order pursuant to the provisions of 11 U.S.C. §§ 521 & 1307(c), dismissing this case, and for such other and further relief as this Court deems just and proper.

Dated: Islandia, New York
       January 21, 2020

                                                                    */s/ Michael J. Macco*
                                                                    Michael J. Macco, Chapter 13 Trustee
                                                                    2950 Express Drive South, Suite 109
                                                                    Islandia, NY   11749
                                                                     (631) 549-7900

STATE OF NEW YORK        )
COUNTY OF SUFFOLK       )       ss.:

SHAMUS MROTZEK, being duly sworn, deposes and says: deponent is not a party to this action, is over 18 years of age, and resides in Suffolk County, New York.

On January 21, 2020 deponent served the within:

### NOTICE OF MOTION AND APPLICATION

upon the following parties, at the addresses designated by said parties for that purpose, by depositing a true copy of same, enclosed in a post-paid, properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York:

*Thomas Furnari*
*36 Ecker Ave*
*West Babylon, NY 11704*
*Debtor(s)*

*Wilmington Savings Fund Society, FSB, dba Christiana Trust as Trustee*
*c/o McCabe, Weisberg & Conway, LLC*
*Melissa DiCerbo, Esq.*
*145 Huguenot Street, Suite 210*
*New Rochelle, New York 10801*

and upon the following parties, by the e-mail address designated by said parties for that purpose;

*Office of the United States Trustee*
*Alfonse M. D'Amato U.S. Courthouse*
*USTPRegion02.LI.ECF@usdoj.gov*

*Jeffrey Arlen Spinner, Esq.*
*Attorney Jeffrey Arlen Spinner*
*Attorney for Debtor(s)*
*retjcc@gmail.com*

　　　　　　　　　　　　　　　　　　　　　　　　*/s/Shamus Mrotzek*
　　　　　　　　　　　　　　　　　　　　　　　　SHAMUS MROTZEK

Sworn to before me this
21st day of JANUARY, 2020

*/s/ Janine M. Zarrilli*
NOTARY PUBLIC
Janine M. Zarrilli
Notary Public, State of New York
No. 01ZA5084708
Qualified in Nassau County
Commission Expires September 8, 2021